FILED
2016 DEC 19 PM 1:56
CLERK
U.S. DISTRICT COURT

MEB W. ANDERSON (10227)
Assistant Utah Attorney General
SEAN D. REYES (7969)
Utah Attorney General
160 East 300 South, Sixth Floor
P.O. Box 140856
Salt Lake City, Utah 84114-0856
Telephone: (801) 366-0100
Facsimile: (801) 366-0101
E-mail: mebanderson@utah.gov

*Attorney for Defendants*

IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| CHELSIE VIGIL, Individually and as Personal Representative of The Estate of Jeffrey Ray Vigil,<br><br>Plaintiffs,<br><br>v.<br><br>SCOTT CROWTHER, STATE OF UTAH DEPARTMENT OF CORRECTIONS, DEFENDANTS DOE PRISON GUARDS (1-20),<br><br>Defendants. | **ORDER GRANTING MOTION TO EXTEND TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>Case No. 1:16-CV-00132<br><br>Judge: Bruce S. Jenkins |

Based on Defendants' Motion to Extend Time to Respond to Plaintiffs' Complaint, the Court hereby enters the following order:

Pursuant to Fed. R. Civ. P. 6, and DUCiv.R. 77-2, and for good cause appearing therefore, Defendants' motion is **GRANTED**. Defendants shall file an answer or otherwise respond to Plaintiff's Complaint on or before **January 27, 2017**.

16 cv-132

DATED: 12/19/16

BY THE COURT:

*[signature]*

BRUCE S. JENKINS
United States District Court Judge